MICHAEL J. HEYMAN
United States Attorney

SETH M. BEAUSANG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.beausang@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IN RE:<br><br>BAIL/FORFEITURE SCHEDULE FOR THE UNITED STATES FISH & WILDLIFE SERVICE/NATIONAL PARK SERVICE/BUREAU OF LAND MANAGEMENT. | No. 3:26-mc-00008-SLG |

**GOVERNMENT'S MOTION TO AMEND BAIL/FORFEITURE SCHEDULE**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney for the District of Alaska, and for the reasons set forth below, moves this Court pursuant to District of Alaska Local Rule Criminal Rule 58.1 to approve the attached revised schedule of collateral subject to forfeiture without a court appearance in relation to petty offenses and misdemeanors prosecuted by citation or violation notice, for violations of laws and regulations enforced by the United States Fish & Wildlife Service, National Park Service, and Bureau of Land Management. In support of this motion the government states as follows:

*Govt.'s Mot. to Amend Bail/Forfeiture Schedule*

1. On July 29, 2020, the United States District Court for the District of Alaska issued Miscellaneous General Order 20-25 setting a schedule of fixed sums that a defendant charged with a petty offense may post to satisfy the charge without a court appearance with respect to violations of laws and regulations enforced by the United States Fish & Wildlife Service, National Park Service, and Bureau of Land Management.

2. On July 18, 2025, the Department of Agriculture and Department of the Interior adopted a final rule transferring the Federal Subsistence Management Program regulations for the Department of the Interior from 50 CFR part 100 to 43 CFR part 51 to align with the transfer of the Office of Subsistence Management from the U.S. Fish and Wildlife Service to the Office of the Assistant Secretary for Policy, Management, and Budget, and revising the program's regulations for both the Department of the Interior and the Department of Agriculture to reflect the recent organizational changes and make administrative corrections. *See* 90 FR 34142.

3. As a result of the final rule, the citations to 50 CFR part 100 in the Bail/Forfeiture Schedule adopted by MGO-20-25 need to be amended to reflect the new citation of the regulations at 43 CFR part 51.

4. Other than amending the citations in the Bail/Forfeiture Schedule to implement the final rule, the proposed Bail/Forfeiture Schedule does not make substantive changes to the schedule.

5. No collateral amount exceeds the maximum fine authorized by law upon conviction for a listed violation.

*Govt.'s Mot. to Amend Bail/Forfeiture Schedule*

6.    The government believes it is important to have the new Bail/Forfeiture Schedule in place prior to the beginning of the 2026 summer fishing season.

WHEREFORE, for the reasons stated above, the government requests that the Court approve the attached revised schedule and grant any other relief the Court deems proper.

RESPECTFULLY SUBMITTED on April 2, 2026, in Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

s/ Seth M. Beausang
SETH M. BEAUSANG
Assistant United States Attorney
United States of America

*Govt.'s Mot. to Amend Bail/Forfeiture Schedule*