| | BAIL/FORFEITURE SCHEDULE DEPARTMENT OF THE INTERIOR – MULTI-AGENCY SUBSISTENCE<br>**43 CFR 51 – SUBSISTENCE MANAGEMENT REGULATIONS FOR PUBLIC LANDS IN ALASKA [U.S. FISH & WILDLIFE SERVICE/NATIONAL PARK SERVICE/BUREAU OF LAND MANAGEMENT] AS MODIFIED AND ADOPTED MISCELLANEOUS GENERAL ORDER 26-__** | |

| SECTION | VIOLATION | AMOUNT |
|---|---|---|
| SUBPART A – GENERAL PROVISIONS | | |
| 51.3(a) | Subsistence uses not permitted in Glacier Bay, Katmai, Kenai Fjords or original Mt. McKinley National Parks | Table 1 |
| 51.5(a)–(d) | Subsistence take of fish and wildlife by unauthorized persons | Table 1 |
| 51.6(a) | Fail to Possess and comply with pertinent permits, harvest tickets, or tags required by the State, or Federal permits, harvest tickets or tags as required by the board; fail to possess valid hunting, fishing or trapping licenses unless Federal licenses are required or unless otherwise provided for in regulations | 250 or Table 1 if harvested |
| 51.6(c) | Fail to allow inspection by law enforcement agents | 250 |
| 51.6(d) | Fail to validate ticket, tag or permit before removing kill from harvest site | 150 |
| 51.6(e) | Fail to comply with reporting provisions | 150 |
| 51.6(f) | Make fraudulent application for Federal or State license, permits, harvest ticket or tag, file incorrect harvest report | 500 |
| 51.7(a) | Illegal use of subsistence-taken fish, wildlife or their parts | 250/per specimen |
| 51.7(b) | Exchange of fish and wildlife taken for subsistence use other than customary trade or barter | 250/per specimen |
| SUBPART B – PROGRAM STRUCTURE | | |
| 51.19(g) | Taking of fish or wildlife in violation of a restriction, closure, opening, or temporary change authorized by the Board including one authorized by an in-season manager who has the Board's delegated authority | Table 1 |
| SUBPART D SUBSISTENCE TAKING OF FISH AND WILDLIFE | | |
| **51.25 Subsistence taking of fish, wildlife, and shellfish: general regulations** | | |
| 51.25(c)(4) | Fail to furnish upon request by State or Federal officer required information when that person gives or receives wildlife to another person | 250 |
| 51.25(d)(2) | Fail to obtain designated harvest permit prior to attempting to harvest fish and return completed report; possession of more than two harvest limits at one time | 250 |
| 51.25(d)(3) | Fail to possess valid designed fishing permit when taking, attempting to take, or transporting fish | 250 |
| 51.25(d)(4) | Use of more than one legal limit of gear | 250/per |
| 51.25(d)(5) | Designating more than one person at a time to take or attempt to take fish on your behalf; taking or attempting to take fish at the same time as designated Fisherman | 250 or Table 1 if harvested |

| Section | Violation | Amount |
|---|---|---|
| 51.25(e) | Fail to obtain designated hunter permit prior to attempting to harvest wildlife on behalf of another | 100 or Table 1 if harvested |
| 51.25(f) | Fail to promptly deliver wildlife when designated to take wildlife on behalf of another | 150 |
| 51.25(f) | Charging for services | 1000 or Table 1 if harvested |
| 51.25(h)(1-5) | Fail to obtain or comply with permit requirements | 250 |
| 51.25(i) | Possess, transport, give, receive or barter fish, wildlife or shellfish taken in violation of Federal or State law or regulation | Table 1 |
| 51.25(j)(1) | Use wildlife as food for dog or furbearer, or as bait, except as authorized | Table 1 |
| 51.25(j)(2)(i) | Fail to salvage for human use the hide of a wolf, wolverine, coyote, fox, lynx, martin, mink, weasel, or otter | Table 1 |
| 51.25(j)(2)(ii) | Fail to salvage for human use the hide and edible meat of a brown/grizzly bear | Table 1 |
| 51.25(j)(2)(iii) | Fail to salvage for human use hide and edible meat of black bear | Table 1 |
| 51.25(j)(2)(iv) | Fail to salvage for human use hide or meat of squirrels, hares, marmots, beaver, muskrats, or unclassified wildlife | Table 1 |
| 51.25(j)(3) | Fail to salvage edible meat of ungulates, bear, grouse, or ptarmigan | Table 1 |
| 51.25(j)(4) | Unauthorized intentional wasting or destroying subsistence caught fish or shellfish except as permitted | Table 1 |
| **51.26 Subsistence taking of wildlife** | | |
| 51.26(b)(1) | Shooting from, on, or across highway | 300 or Table 1 if harvested |
| 51.26(b)(2) | Use of poison | 500 or Table 1 if harvested |
| 51.26(b)(3) | Use of helicopter in any manner | 500 or Table 1 if harvested |
| 51.26(b)(4) | Taking wildlife from a motorized land or air vehicle, when that vehicle is in motion, or from a motor-driven boat when the boat's progress from the motor's power has not ceased, unless otherwise authorized | 250 or Table 1 or harvested |
| 51.26(b)(5) | Use of motorized vehicle to drive, herd, or molest wildlife | 500 |
| 51.26(b)(6) | Use of or aid by machine gun, set gun, or shotgun larger than 10 gauge | 500 or Table 1 if harvested |
| 51.26(b)(7) | Use of firearm other than shotgun, muzzle-loading rifle, rifle, or pistol using center-firing cartridges for taking ungulates, bear, wolves, wolverine, except as provided | 250 or Table 1 if harvested |

| Section | Violation | Amount |
|---|---|---|
| 51.26(b)(8) | Use of pit, fire, artificial light, radio communication, artificial salt lick, explosive, barbed arrow, bomb, smoke, chemical, conventional steel trap with jaw spread over 9", or conibear style trap with jaw spread over 11" | 250 or Table 1 if harvested |
| 51.26(b)(9) | Use of snare except as provided | 250 or Table 1 if harvested |
| 51.26(b)(10) | Use of trap to take ungulates or bear | 500 or Table 1 if harvested |
| 51.26(b)(11) | Use of hooks to physically snag, impale, or otherwise take wildlife | 250 or Table 1 if harvested |
| 51.26(b)(12) | Use of crossbow to take ungulates, bear, wolf, or wolverine in area restricted to hunting with bow and arrow only | 250 or Table 1 if harvested |
| 51.26(b)(13) | Take ungulates, bear, wolf, or wolverine with inadequate bow or arrow | 250 or Table 1 if harvested |
| 51.26(b)(14) | Use bait for taking ungulates, bear, wolf, or wolverine unless otherwise authorized | 250 or Table 1 if harvested |
| 51.26(b)(15) | Take swimming ungulates, bear, wolves, or wolverines unless otherwise authorized | 500 or Table 1 if harvested |
| 51.26(b)(16) | Take or assist in taking of ungulates, bear, wolves, wolverine, or other fur bearers before 3:00 a.m. following the day in which airborne travel occurred (excludes regularly scheduled commercial aircraft and the taking of deer) | 500 or Table 1 if harvested |
| 51.26(b)(17) | Take bear cub or sow accompanied by cub(s) | 500 or Table 1 if harvested |
| 51.26(c) | Fail to comply with State law when taking wildlife in defense of life or property | 250 |
| 51.26(d)(1) | Disturbing or destroying den (excluding a muskrat pushup or feeding house in course of trapping) | 250 |
| 51.26(d)(2) | Disturbing or destroying beaver house during trapping unless otherwise authorized | 250 |
| 51.26(d)(3) | Take beaver by means other than steel trap or snare, except where permitted by firearm | Table 1 |
| 51.26(d)(4) | Take otter with trap having jaw spread less than five and seven-eighths inches during any closed mink or martin season in same GMU | Table 1 |
| 51.26(d)(5) | Use of net or fish trap except as authorized | 250 or Table 1 if harvested |
| 51.26(d)(6) | Take or assist in taking furbearer by firearm before 3:00 a.m. on the day following the day airborne transport occurred, except as provided | Table 1 |
| 51.26(e) | Exceed bag limit for a species, except as provided | Table 1 |
| 51.26(e) | Exceed community harvest limit | Table 1 |
| 51.26(f)(2) | Take more than one brown/grizzly bear in a regulatory year | Table 1 |

| Section | Violation | Amount |
|---|---|---|
| 51.26(g)(1), (2), (3) | Possess or transport animal without proof of sex and/or identity as required | 250 |
| 51.26(h) | Fail to leave edible meat on front/hind quarter bones and ribs of moose and caribou harvested as required | 250 per Specimen |
| 51.26(i) | Fail to notify appropriate agency within reasonable time upon taking marked or tagged animal | 250 |
| 51.26(j)(2) | Possess or transport from Alaska the untanned skin/skull of a bear unless first sealed in accordance with State and Federal regulations unless otherwise authorized | 250 |
| 51.26(j)(3) | Fail to keep bear skin and skull together until delivered for sealing unless otherwise authorized | 250 |
| 51.26(j)(3)(i) | Fail to keep proof of sex naturally attached to bear skin until delivered for sealing where required | 250 |
| 51.26(j)(3) (ii)–(v) | Remove from the area the unsealed skin or skull of a bear taken in an Alaska Brown Bear Management Area and GMU 5, as provided | 250 |
| 51.26(j)(4) | Provide false information on sealing certificate or temporary sealing form of bear skin or skull | 300 |
| 51.26(k) | Fail to comply with sealing provisions for beaver, lynx, marten, otter, wolf, or wolverine | 250 |
| 51.26(l) | Fail to complete, sign and present temporary sealing form and skin | 250 |
| 51.26(n) | Subsistence taking of wildlife outside of unit seasons, in excess of harvest limits, or in violation of unit-specific regulations for GMU 1–26 | Table 1 |
| **51.27 Subsistence Taking of Fish** | | |
| 51.27(a)(3) | Possess, transport, give, receive, or barter subsistence-taken fish or their parts contrary to Federal or State law or regulations | Table 1 |
| 51.27(b)(2) | Fail to use pots with escape mechanism | 250/per |
| 51.27(b)(3) | Use improperly sized gillnet for salmon | 250 or Table 1 if harvested |
| 51.27(b)(4) | Obstruct more than one-half width of stream with subsistence fishing gear | 250 or Table 1 if harvested |
| 51.27(b)(5) | Use of live nonindigenous fish as bait | 250 |
| 51.27(b)(6) | Fail to properly mark fish wheel with name and address | 100/wheel |
| 51.27(b)(7) | Use of red buoys and kegs in prohibited areas | 100/per |
| 51.27(b)(8) | Fail to mark key, buoy, stakes, or fishing gear, and nets with name and address | 150/per |
| 51.27(b)(9) | Take fish by explosives or chemicals | 500 or Table 1 if harvested |
| 51.27(b)(10) | Take fish within 300 feet of dam, fish ladder, weir, culvert, or other artificial obstruction | 250 or Table 1 if harvested |

| SECTION | VIOLATION | AMOUNT |
|---|---|---|
| 51.27(b)(14) | Take of rainbow trout or steel head trout, except as provided | 250 or Table 1 if harvested |
| 51.27(b)(15) | Use of subsistence taken fish for bait in commercial or sport fishing | 250 or Table 1 if harvested |
| 51.27(c)(2)(i) | Taking more fish than allowed by permit | 250 or Table 1 if harvested |
| 51.27(c)(2)(ii) | Fail to obtain permit prior to fishing | 250 |
| 51.27(c)(2)(iii) | Fail to have permit in possession while fishing or transporting subsistence-taken fish | 250 |
| 51.27(c)(2)(iv) | Fail to record prior to leaving the fishing site: number by species, location, and date | 250 |
| 51.27(d)(2) | Use of combined fishing gear that exceeds commercial limit, when participating in commercial and subsistence fishing at the same time | 250/per |
| 51.27(e) (1-13) | Fail to comply with specific management area restrictions (list/area restriction) | 250 |
| **51.28 Subsistence Taking of Shellfish** | | |
| 51.28(b)(2) | Take shellfish with illegal gear | 250/ shellfish |
| 51.28(b)(3) | Buying or selling subsistence -taken shellfish, their parts, or their eggs, unless otherwise permitted | Table 1 |
| 51.28(b)(4) | Use of explosives and chemicals | 500 or Table 1 if harvested |
| 51.28(b)(5) (i-ii) | Fail to properly mark gear | 100/per |
| 51.28(b)(6) | Fail to use pots with escape mechanism | 250/pot |
| 51.28(b)(7) | Mutilation or disfigurement of a crab in a manner that would prevent determining minimum size requirements | 100 + 25/crab |
| 51.28(c) | Taking Shellfish for subsistence in violation of subsistence fishing regulation | Table 1 |
| 51.28(c)(2) | Fail to obtain designated harvest permit prior to attempting to harvest shellfish; fail to return completed harvest report; exceed two harvest limits | 250 |
| 51.28(c)(3) | Fail to have designated harvest permit in possession when taking, attempting to take, or transporting shellfish | 250 |
| 51.28(c)(4) | Fishing with more than one legal limit of gear | 250/per |
| 51.28(c)(5) | Designate more than one person to fish on your behalf; personally taking or attempting to take shellfish at the same time a designated fisherman is taking or attempting to take shellfish on your behalf | 250/per or Table 1 if harvested |
| 51.28(d)(1) | Exceed limit set out in permit | Table 1 |
| 51.28(d)(2) | Fail to obtain permit prior to fishing | 250 |
| 51.28(d)(3) | Fail to have permit in possession while taking or transporting shellfish | 250 |

| SECTION | VIOLATION | AMOUNT |
|---|---|---|
| 51.28(d)(5) | Fail to keep accurate records of: catch, number by species, location, and date as required by permit | 250 |
| 51.28(d)(6) | Fail to complete and timely submit reports | 250 |
| 51.28(e) | Use of fishing vessel which is commercially licensed and registered for shrimp or crab fishing for subsistence shell fishing during the period starting 14 days before an opening until 14 days after the closure of a respective open season for which the vessel is registered | 250 |
| 51.28(f) | Possess shellfish smaller than minimum size limit | Table 1 |
| 51.28(g) | Possess, transport, give, receive, or barter shellfish or their parts taken in violation of Federal or State regulations | Table 1 |
| 51.28(h)(1) (i-iii) | Furnish subsistence taken shellfish by owner, operator, or employee of lodge, charter vessel, or other enterprise that furnishes food, lodging, or guide services to a client or guest unless otherwise permitted | Table 1 |
| 51.28(h)(2) | Deploy, set, or retrieve personal gear by captain or crew of charter vessel when that vessel is being chartered | 250/per |
| 51.28(i)(1-6) | Fail to comply with specific shellfish area pertinent restrictions | 250 |

| WILDLIFE/PROPERTY FORFEITURE ORDER |
|---|
| Unless specifically ordered by the United States District Court for the District of Alaska, any wildlife or property that has been seized within a National Wildlife Refuge within the jurisdiction of the District of Alaska under the Authority of the National Wildlife Refuge System Administration Act, 16 U.S.C. §§ 668dd(g), where final disposition of the case has been made by payment of a forfeiture of collateral, such wildlife or property must be forfeited to the U.S. Government and disposed of by the U.S. Fish and Wildlife Service in such manner as described by Title 50, Code of Federal Regulations, Part 12 |

| Table 1 - General Season, Subsistence Hunting and Lacey Act | | |
|---|---|---|
| **Species** | **Commercial** | **Non-Commercial** |
| **Big Game Animals** | $3000 + $250/specimen | $2000 + $250/specimen |
| **Small Game Animals** | $1000 + $50/specimen | $500 + $50/specimen |
| **Non-Game Animals** | $1000 + $50/specimen | $500 + $50/specimen |
| **Fur Bearer** | $1000 + $50/specimen | $500 + $50/specimen |
| **Birds** | | |
| Raptors | $2000 + $250/specimen | $1000 + $250/specimen |
| All others | $1000 + $50/specimen | $500 + $50/specimen |
| **Fish** | | |
| King Salmon | $500 + $150/specimen | $250 + $50/specimen |
| Others | $500 + $25/specimen | $250 + $25/specimen |
| **Shellfish** | $350 + $15/specimen | $250 + $5/specimen |
| **Other** | $500 + $25/specimen | $250 + $25/specimen |